Attorney(s)
Index #    **1:17-cv-09421-RWS**
Purchased/Filed: December 4, 2017
State of New York
Court:     U. S. District
County:    Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Shandong Yuyuan Logistics Co., LTD

against

Soleil Chartered Bank, et al

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY      )

**DESCRIPTION OF PERSON SERVED:**  Approx. Age: 55 yrs
Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White
Hair color: Brown  Other: ___

___Robert Guyette___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on December 14, 2017, at 11:35 AM, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons in a Civil Action & Verified Complaint

on

**Soleil Chartered Bank**

the Defendant in this action, by delivering to and leaving with ___Nancy Dougherty___ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §307.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

14th day of December 2017

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette

Invoice·Work Order # 1732534
Attorney File #  **Shandong Yuyuan**

State of New York - Department of State
Receipt for Service

Receipt #: 201712270209
Date of Service: 12/14/2017
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Cash #: 201712270024
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 307 OF THE BUSINESS CORPORATION LAW

Party Served: SOLEIL CHARTERED BANK

Plaintiff/Petitioner:
　　　　SHANDONG YUYUAN LOGISTICS CO., LTD

Service of Process Address:

Secretary of State
By  NANCY DOUGHERTY

# Alexander
# POOLE & Co. Inc.

"THE ATTORNEY'S SERVICENTER"
*CELEBRATING OVER 50 YEARS OF SERVICE!*

*11 NORTH PEARL STREET, STE 1706*
*TELEPHONE (518) 436-0895 • FAX (518) 436-7366*
*EMAIL INFO@ALEXANDERPOOLE.COM*
Federal ID # 14-1482374

A10075

Dai & Associates, P.C.
William Wei
1500 Broadway, 22nd Floor
New Yrok NY 10036

Invoice # **1732538**
December 21, 2017

Your File No.: Shandong Yuyuan Logistics

## Routine

Contract or SFS No.:

*Shandong Yuyuan Logistics Co., LTD*          Plaintiff/Petitioner
                            vs
*Soleil Chartered Bank, et al*                Defendant/Respondent

Date Received: 12/13/2017
Serve By Date:
Date Returnable:
Docket or ID #: 1:17-cv-09421-RWS
Court: U. S. District
County: Southern Dist.

Re: **Soleil Capitale Corporation**

Docs. Served or Svc. Provided: Summons in a Civil Action & Verified Complaint
Date Served/Complete: 12/14/2017
Server: Robert Guyette
Pursuant to Business Corporation Law §306
Address Attempted:

File:

| Date | Service Description | Qty | Service Fee |
|---|---|---|---|
| 12/13/17 | Secretary of State Fee ($40) Advanced by Poole | | $40.00 |
| 12/13/17 | Svc. on Secretary of State - Regular | | $20.00 |

**Payments Made:**
12/13/2017 by Credit Card Transaction #PG0131359409 - Amt $60.00

Total Service Fees    $60.00
Payments/Credits     -$60.00
**Balance Due =     $0.00**

Notes:

There will be a $35.00 fee charged for any returned check.

---

We also accept eChecks, PayPal, Visa, Mastercard, American Express & Discover

A10075

Dai & Associates, P.C.
William Wei
1500 Broadway, 22nd Floor
New Yrok NY 10036

**Alexander, Poole & Co., Inc.**
**P.O. Box 69**
**Albany, New York, 12201**

Customer Fax:    718-888-9270
Invoice#:              1732538
Invoice Date:      12/21/2017

**Total Amount Due:**    **$0.00**